CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 16 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHRISTOPHER WASHINGTON,

    Plaintiff,

v.

B. WATSON, WARDEN, ET AL.,

    Defendants.

Case No. 7:09CV00375

**FINAL ORDER**

By: Glen E. Conrad
United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED** without prejudice as legally frivolous; pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 16th day of September, 2009.

/s/ Glen E. Conrad
United States District Judge